# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAQUES FEARENCE, | ) | No. CV 11-674 PA (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| B.M. CASH (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, for lack of jurisdiction.

DATED: February 3, 2011

_____
PERCY ANDERSON
United States District Judge